JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA B. A., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN J. O'MALLEY, Commissioner of Social Security, <br><br> Defendant. | NO. EDCV 23-2540-AGR <br><br> JUDGMENT |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: September 23, 2024

_____
ALICIA G. ROSENBERG
United States Magistrate Judge